**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
Email: asadock@panakoslaw.com
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone:  (619) 800-0529

Attorneys for Plaintiff BLL MEDIA INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

BLL MEDIA INC., a California
Corporation,

                Plaintiff,

    v.

Vanessa Carello, an individual,

                Defendant

Case No. __'18CV2134 MMA KSC__

**COMPLAINT FOR
17 U.S.C. § 512**(F)
**MISREPRESENTATION**

**(Jury Trial Requested)**

NOW COMES the Plaintiff, BLL Media Inc. ("BLL" or "Plaintiff"), by and through undersigned counsel, and for its Complaint against Vanessa Carello, states as follows:

## I.  INTRODUCTION

1.    Plaintiff brings this civil action against Defendant for damages caused by Defendant's violations of the United States copyright law, 17 U.S.C. § 501 et seq. Defendant knowingly misrepresented that she owned the copyrights to certain videos actually owned by Plaintiff when she sought to have them removed from www.GirlsDoPorn.com and www.PornHub.com pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512 ("DMCA").

## II. THE PARTIES

2.     Plaintiff, BLL Media, Inc. ("Plaintiff") is a California corporation with its principal place of business in San Diego, California. It operates the website www.GirlsDoPorn.com.

3.     Defendant Vanessa Carello ("Defendant") is an individual who, on information and belief, resides in Alberta, Canada.

4.     Plaintiff is informed and believes, and on that basis, alleges, at all times relevant herein, Defendant engaged in the acts alleged herein or condoned, permitted, authorized, or ratified the conduct of her agent DMCA Defender, and is therefore vicariously or strictly liable for the wrongful conduct of her agent.

## III.   JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331.

6.     This Court has supplemental jurisdiction of any state statutory and common law claims under 28 U.S.C. § 1338(b) and 1367(a).

7.     This Court has personal jurisdiction over Defendant because Defendant expressly engaged in conduct in California when she traveled to California to contract with Plaintiff to participate in the GirlsDoPorn Videos. Defendant targeted her conduct at Plaintiff, a California corporation with its principle place of business in California, when she caused unlawful DMCA Takedown Notices to be sent to Plaintiff and Porn Hub demanding removal the GirlsDoPorn Videos.

8.     Venue is proper pursuant to 28 U.S.C. § 1391 for the following reasons: a) Plaintiff's Videos, which Defendant, through her agent, sought to unlawfully remove, were filmed in San Diego, California, and b) Plaintiff conducted business within this judicial district at all times relevant.

## IV. GENERAL ALLEGATIONS

9.     On or about July 15, 2014, Defendant traveled to San Diego, California, to perform in two GirlsDoPorn Videos ("Videos") for Plaintiff in exchange for monetary   compensation.   Prior   to   her   performances,   Defendant   signed   a

Model/Talent Release ("Release") granting Plaintiff exclusive rights to the Videos. Among other things, the Release granted Plaintiff the "right and permission to copyright and/or use, reuse and/or publish, and republish the videos, films, …for any purpose whatsoever, including the right to sub license such rights…." A true and correct copy of this Release is attached as **Exhibit 1**.

10.     Pursuant to its rights under the Release, Plaintiff published the Videos on its website, www.GirlsDoPorn.com.

11.     Plaintiff is the exclusive licensee for the GirlsDoPorn brand and multimedia worldwide and provides adult films through a subscription on its website located at www.GirlsDoPorn.com. Third-party websites such as Porn Hub also post the short clips of the GirlsDoPorn Videos to subscribers. A potential subscriber who wishes to view the full videos is directed to subscribe to GirlsDoPorn for access to the full content. Porn Hub's premium website also contains full-length versions of the GirlsDoPorn Videos.

12.     Any party that holds an exclusive license to copyrighted material has standing to bring an infringement action based on that right. *Sybersound Records, Inc. v. UAV Corp.*, 517 F.3d 1137, 1146 (9th Cir. 2008).

13.     As the exclusive licensee, Plaintiff has the exclusive rights to reproduce, distribute, display, or prepare derivative works based upon the GirlsDoPorn Videos. 17 U.S.C. §§ 106, 501.

14.     In or around July 2015, Defendant paid a third-party company, DMCA Defender, a self-proclaimed "reputation management consultant," to take down the Videos or images of those Videos where Defendant appeared. Plaintiff alleges on information and belief that Defendant knew that she did not own the rights to the Videos when she hired DMCA Defender to take them down.

15.     On or about July 21, 2015, DMCA Defender, on behalf of Defendant, sent Plaintiff a "Takedown Notice" pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512 ("DMCA") regarding the GirlsDoPorn Videos featuring

Defendant. A true and correct copy of this email is attached as **Exhibit 2**.

16.     In response, on or about July 22, 2015, Plaintiff, through its attorney, instructed Defendant, through her agent DMCA Defender, to cease and desist from issuing false DMCA Takedown Notices and wrongfully impersonating the actual copyright holder for the GirlsDoPorn Videos. Defendant did not respond, so Plaintiff's attorney sent DMCA Defender another email on or about July 24, 2015, regarding the false DMCA Takedown Notice. A true and correct copy of these two emails is attached as **Exhibit 3**.

17.     On July 24, 2015, DMCA Defender responded that it had forwarded Plaintiff's July 22, 2015 cease and desist email to Defendant, but Defendant had not responded. DMCA Defender stated that "In addition, it is clear that this is professional video of which she was a willing participant. Please accept our apologies for wasting your time on this. It is rare but occasionally we do get clients that aren't truthful with us." A true and correct copy of this email is attached hereto as **Exhibit 4**.

18.     On or about September 15, 2015, DMCA Defender, on behalf of Defendant, sent another DMCA Takedown notice to Porn Hub, claiming the GirlsDoPorn Video posted on Porn Hub infringed on Defendant's purported copyrights. The DMCA Takedown notice included the URL for the video: http://www.pornhubpremium.com/view_video.php?viewkey=ph55ce4ced6fc2e.

19.     The September 15, 2015, DMCA Takedown Notice 1) improperly, unfairly, illegally, and falsely repeated Defendant's fraudulent claims to the copyright, which she did not and could not own, 2) alleged infringement, and 3) required Porn Hub to remove Plaintiff's video from Porn Hub Premium or risk incurring secondary liability for copyright infringement.

20.     On or about September 16, 2015, DMCA Defender, on behalf of Defendant, submitted a third DMCA Takedown notice to Porn Hub regarding the same Video. A true and correct copy of the September 15, 2015, and September 16,

2015 DMCA Takedown Notices are attached as **Exhibit 5**.

21.     On or about September 17, 2015, Plaintiff's attorney issued a cease and desist email to DMCA Defender demanding that it stop issuing unlawful and fraudulent DMCA Takedown Notices regarding the GirlsDoPorn Videos featuring Defendant. A true and correct copy of that Cease and Desist email is attached as **Exhibit 6**.

## FIRST CLAIM
## 17 U.S.C. § 512(F) MISREPRESENTATION

22.     Plaintiff repeats and incorporates herein by reference the allegations in the preceding paragraphs of this complaint.

23.     Defendant has never owned the copyright to Plaintiff's GirlsDoPorn Videos featuring Defendant. Therefore, the subject Videos do not infringe upon any copyright owned or administered by Defendant as she falsely claimed.

24.     Defendant had actual and subjective knowledge of the contents of the Videos and knew or should have known that the Videos did not infringe upon any copyrights when she caused the DMCA Takedown notices to be sent. With this knowledge, Defendant acted in bad faith when she caused DMCA Defenders to send DMCA Takedown notices to remove the Videos. Defendant knowingly and materially misrepresented that the publication of the Videos infringed upon her purported copyright. Prio

25.     Defendant violated 17 U.S.C. § 512(f) by knowingly and materially misrepresenting that the Videos infringed upon Defendant's copyright.

26.     As a direct and proximate result of Defendant's actions, Plaintiff has been substantially and irreparably injured. Such injury includes, but is not limited to, the financial expenses associated with responding to the claim of infringement.

## JURY REQUEST

27.     Plaintiff hereby requests a jury trial for all issues triable by jury including, but not limited to, those issues and claims set forth in any amended

complaint.

## PRAYER

**WHEREFORE**, the Plaintiff prays for relief and judgment, as follows:

      a.     Damages according to proof;

      b.     Attorney's fees pursuant to 17 U.S.C. § 512(F);

      c.     Punitive damages;

      d.     Reasonable costs and expenses incurred in prosecuting this action; and,

      e.     Such other and further relief as the Court may deem just and proper.

Dated:  September 13, 2018         **PANAKOS LAW, APC**

                      By: /s/Aaron D. Sadock
                      Aaron D. Sadock
                      Attorneys for Plaintiff BLL MEDIA INC.

# Exhibit 1

Model/Talent Release

Producer: Clockwork Productions Inc on behalf of BLL-MEDIA

For and in consideration of my engagement as a model by Clockwork Productions Inc on behalf of BLL-MEDIA., hereafter referred to as the photographer, on terms or fee hereinafter stated, I hereby give the photographer, his legal representatives and assigns, those for whom the photographer is acting, and those acting with his permission, or his employees, the right and permission to copyright and/or publish, and republish videos, films, photographs, pictures or portraits of me, or in which I may be distorted in character, or form, in conjunction with my own fictitious name, on reproductions thereof in color, or black and white made through any media by the photographer at his studio, or elsewhere, for any purposes whatsoever, including the right to sub license such rights; including the use of any printed matter in conjunction therewith. I hereby wave any right to inspect or approve the finished photograph or advertising copy or printed matter that may be used in conjunction therewith or to the eventual use that it might be applied.

I hereby release, discharge and agree to save harmless the photographer, his representatives, assigns, employees or any person or persons, corporation or corporations, acting under his permission or authority, or any person, persons, corporation or corporations, for whom he might be acting, including any firm publishing and/or distributing the finished product, in whole or in part, from and against any liability as a result of any distortion, blurring, or alteration, optical illusion, or to use in composite from, either intentionally or otherwise, that may occur or be produced in the taking, processing or reproduction of the finished product, its publication or distribution of the same, even should the same subject me to ridicule, scandal, reproach, scorn or indignity.

I agree to appear and be filmed and/or videotaped (including in the nude) in connection with the above-referred Program. You and your subsidiaries, successors, licensees and assignees may copyright, use and reuse, publish, distribute, edit, excerpt, exhibit and otherwise exploit my name (real or fictitious), or any other name provided and created by Clockwork Productions Inc on behalf of BLL-MEDIA, likeness, performance, voice, pictures and statements, including those of me nude or semi-nude (collectively, my "Appearance"), for any and all uses, in whole or in part, in any and all media and manners, for the Program or any other program, throughout the world in perpetuity, without limitations, including in connection with the advertising, exploitation and publicizing of the Program or any other program. You may edit my appearance as you see fit, and I understand you have no obligation to use my Appearance. I am aware that a still photographer may also be present during the dates of performance, and I grant you and your successors, licensees, and assignees the right to copyright and use said photographs without further payment to me in printed publications and/or any other media, without restrictions. You shall also have the right, and I shall fully cooperate with you, to let you produce, distribute, and otherwise exploit trailers and "behind-the-scenes" or "making of" programs incorporating my Appearance.

I agree further to a period of restraint from working in a like manner on film and/or video with any other individual, company and/or producer other than Clockwork Productions Inc on behalf of BLL-MEDIA for a period of one (1) year from the date of this release.  This restriction shall like apply to any self produced or publication of like material featuring and/or including myself.

I hereby release and discharge you and your successors, licensees and assignees, from any and all claims, demands, or causes of action that I may have, whether for libel, violation of my right of privacy or publicity, or any other matter arising out of or in any manner connected with use of my Appearance or the exercise of the rights granted herein. I hereby verify that all statements and other information given by me are true and accurate, and that I agree to be legally responsible for any claims arising from such statements. I acknowledge and agree that this release shall not be subject to the terms of any union or guild agreement and that no further sums will be due to me in the connection with the use or reuse of my Appearance, the Program or any other program in television or any other medium.

I authorize this employer, without reservation, any party or agency contacted by this employer to procure my consumer report and/or obtain or furnish information concerning my credit, criminal, motor vehicle, employment or other history. I understand that inquiries may be made to various federal and state agencies, employers, references, acquaintances and others seeking information as to my personal characteristics, credit worthiness, employment status, general reputation, and mode of living. Under provisions of the Fair Credit Reporting Act, certain information, when used for employment purposes, is considered to be a consumer report. This information includes, but is not limited to, public record information (criminal history, civil litigation, etc.), driving records, consumer credit history, education records, and employment records. If an adverse employment decision is made due, in whole or in part, to information received as a result of these inquiries, I will be provided with a copy of the consumer report and a summary of my rights under the Fair Reporting Act.

I understand that you are proceeding in reliance upon the terms set forth herein, and I will not attempt to revoke this release at any time. I hereby warrant that I am not under the influence of drugs or alcohol at the time of the signing of this contract nor will I be at the time of shooting/filming. I have carefully read the terms of this release and in consideration of you considering the use of my Appearance in the Program, have indicated my understanding and agreement by signing below. I hereby warrant that I am eighteen years of age or older, and competent to contract in my own name insofar as the above is concerned.

Today's Date: July 15/H   Production Location: San Diego       I am to be compensated as follows: (Cash) - Check - Other )

Gender: Male ____ Female ✓ TV/TS ____ Legal Name: Vanessa Carello        Date of Birth: ▓▓▓▓▓

Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: Airdrie        State/Province: Alberta      Zip: T1B0C6 Country: Canada

Cell Phone #: ▓▓▓▓▓▓▓▓        Home # or other way to contact: _____

Email address(s): ▓▓▓▓▓▓▓▓▓▓▓▓▓

Social Security #: ▓▓▓▓▓▓        Any Other Names Used: _____

Stage Name: Vanessa

Signature: Vcaillo        Printed Name: Vanessa Carello

# Exhibit 2

**From:** DMCA Defender
**Sent:** Tuesday, July 21, 2015 10:40 PM
**To:** jordan@girlsdoporn.com
**Subject:** Legal Notice


< td>


RE: COPYRIGHT INFRINGEMENT COMPLAINT
Contact Information:
DMCA Defender
1100 Walnut Street
Kansas City, MO 64106
888-341-5554

Department and / or Legal Support,
We are writing on behalf of our client. Note that this communication is in reference to a serious legal issue. You are the owner or hosting company to:

girlsdoporn.com

The website mentioned above is violating the copyrights of our client. Our client is the copyright owner of the images being infringed:

http://tour.girlsdoporn.com/img/main-video.jpg
http://www.girlsdoporn.com/video/main-sample.mp4

We are writing to inform you that our client owns the copyright to all images listed above. We are asking that all of the copyright protected images be removed from the sites listed above, as well as completely removed from their servers immediately. The images are private works created by our clients. No person or entity may copy, publish or distribute the work privately without the written authorization of our client. Our client chooses to exercise their right to keep their work private.

The following information is provided for the purpose of removing web content that allegedly infringes our copyright by the Law of Copyright in the Digital Millennium. We appreciate your application of the law of copyright and the support of our rights in this matter.

This is an official notification under the provisions of Section 512 (c) of the Act on Copyright in the Digital Millennium ("DMCA") to effect the removal of the violations

reported. Please note that the law requires you, as a service provider, to "expeditiously remove or disable access to" the images upon receipt of this notification. Failure to comply may result in loss of immunity from liability under the DMCA.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by our client, the owner of the copyright, or the law.

The information provided here is correct to the best of our knowledge. We swear under penalty of perjury that legally represent the official holder of the copyright.

Please send to the email address indicated below a quick response indicating the actions you have taken to resolve this matter. Thank you for your help!

Sincerely,
/ S / Regina Moore
Email: admin@DMCADefender.com
http://www.DMCADefender.com

top.letterhead

# Exhibit 3



**From:** **Adam Miles** amiles@panakoslaw.com  🔗
**Subject:** Re: Cease and Desist - False DMCA Notice
**Date:** July 24, 2015 at 10:11 AM
**To:** admin@dmcadefender.com
**Cc:** Aaron Sadock  asadock@panakoslaw.com

Ms. Regina Moore,

I have not received a response to my July 22nd correspondence. Please confirm that you will cease and desist from impersonating a lawful copyright holder and infringing upon my client's rights. Please also immediately provide the identity of your client.

Sincerely

Adam Miles, Esq.
*Associate*



[555 West Beech Street](#)
Suite 500
San Diego, CA 92101
O: (855) 955-5529
D: (619) 800-0529 ext. 109
F: (866) 365 - 4856
[Directions to Free Parking](#)
[www.PanakosLaw.com](#)

**CONFIDENTIALITY NOTICE:** This electronic message contains information from Panakos Law which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you are not the intended recipient, please contact the sender by reply email or call us at (619) 287-8072, and destroy all copies of the original message in accordance with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.

IRS Circular 230 Notice: IRS regulations require us to advise you that, unless otherwise specifically noted, any federal tax advice in this communication (including any attachments, enclosures, or other accompanying materials) was not intended or written to be used, by any taxpayer for the purpose of avoiding tax-related penalties imposed under the U.S. Internal Revenue Code or any other applicable state or local tax law provision; furthermore, this communication was not intended or written to support the promoting, marketing or recommending of any of the transactions or matters it addresses. Thank you.

On Jul 22, 2015, at 11:17 AM, Adam Miles <amiles@panakoslaw.com> wrote:

Dear Ms. Regina Moore,

My client received the attached DMCA notice from your company regarding its website at girlsdoporn.com. This notice asserts that your unidentified client holds copyright to the following content:

http://tour.girlsdoporn.com/img/main-video.jpg
http://www.girlsdoporn.com/video/main-sample.mp4

I was very surprised to learn of your claims as my client created this content and owns all rights thereto. In fact, I am frequently involved in sending out DMCA notices to enforce these copyrights so actually receiving one represented an unusual turn of events. However, despite the novelty of the situation, the fact remains that your DMCA is false and in bad faith. A fraudulent DMCA, such as the attached notice, subjects the issuer to civil damages and legal fees. I would hope that someone holding themselves out as a "DMCA Defender" would be bit more careful when issuing a take down notice - especially considering that you have sworn "under penalty of perjury" to be representing the copyright holder. The glaring omission of the supposed owner of the copyright, as well as your failure to properly list a business address with suite number, all indicate that this wrongful behavior is willful and malicious. The

Courts have been quite unforgiving to individuals who impersonate a copyright owner and send out false notices.

You are hereby put on notice that my client holds full legal rights to the identified content. As such, I demand that you immediately cease and desist issuing false DMCA notices and wrongfully impersonating the actual copyright holder. Any continued action will be dealt with accordingly and we will seek to hold you liable for all damages and incurred expenses..

Please also immediately identify the client who is making these wrongful claims so that I may reach out to them directly and discuss the implications of issuing an unlawful and fraudulent DMCA notice.

I have attempted to call you directly regarding this matter but every extension in your phone tree (including the sales office and customer service extensions) went directly to voicemail. I hope to hear back from you quickly with assurances that you will no longer be impinging upon my client's rights.

Sincerely,

Adam Miles, Esq.
*Associate*


<15-0721-DMCA_Defender_DMCA.pdf>

<PanakosLawEmail.png>



555 West Beech Street
Suite 500
San Diego, CA 92101
O: (855) 955-5529
D: (619) 800-0529 ext. 109
F: (866) 365 - 4856
Directions to Free Parking
www.PanakosLaw.com

**CONFIDENTIALITY NOTICE:** This electronic message contains information from Panakos Law which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you are not the intended recipient, please contact the sender by reply email or call us at (619) 287-8072, and destroy all copies of the original message in accordance with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.

IRS Circular 230 Notice: IRS regulations require us to advise you that, unless otherwise specifically noted, any federal tax advice in this communication (including any attachments, enclosures, or other accompanying materials) was not intended or written to be used, by any taxpayer for the purpose of avoiding tax-related penalties imposed under the U.S. Internal Revenue Code or any other applicable state or local tax law provision; furthermore, this communication was not intended or written to support the promoting, marketing or recommending of any of the transactions or matters it addresses. Thank you.

# Exhibit 4

From: **DMCA Defender** admin@dmcadefender.com 
Subject: RE: Cease and Desist - False DMCA Notice
Date: July 24, 2015 at 10:21 AM
To: Adam Miles amiles@panakoslaw.com



Hello Mr. Miles,
Thank you for your emails. We did receive your Cease and Desist a few days ago.
At that time we forwarded it to our client who has not responded since. She is the
person in the video. There were other videos unrelated to your client's video that
were created. Two were not professional footage but rather personal videos that
were uploaded without her permission (according to her). We took those personal
homemade videos down from the sites that they were on (there were several
sites). In the midst of those removals, she contacted us with the link to your
client's video. At which time she stated that your client's video was part of the
other mess she was dealing with. Since receiving your previous email we have
viewed the video and clearly it is not a homemade video. In addition, it is clear
that this is professional video of which she was a willing participant. Please accept
our apologies for wasting your time on this. It is rare but occassionally we do get
clients that aren't truthful with us. Since we deal with a lot of revenge porn cases,
most of our clients ARE indeed victims of some injustice. That is not the case here.
I am going to send our client another email demanding that she contact you
directly. I will be providing her with your contact email amiles@panakoslaw.com.
Please reply back with any questions that you may have.

**Regina Moore**
http://www.DMCADefender.com

This message is intended only for the personal, confidential, and authorized use of the recipient(s)
named above. Unauthorized interception of this email is a violation of federal criminal law. If you are
not the recipient(s), you are not authorized to review, use, copy, forward, distribute or otherwise
disclose the information contained in the message. If you have received this communication in error,
notify the sender immediately by return email and delete the message and any attachments from
your system(s).

-------- Original Message --------
Subject: Re: Cease and Desist - False DMCA Notice
From: Adam Miles <amiles@panakoslaw.com>
Date: Fri, July 24, 2015 12:11 pm
To: admin@dmcadefender.com
Cc: Aaron Sadock <asadock@panakoslaw.com>

Ms. Regina Moore,

I have not received a response to my July 22nd correspondence. Please confirm that you will cease and desist from impersonating a lawful copyright holder and infringing upon my client's rights. Please also immediately provide the identity of your client.

Sincerely

Adam Miles, Esq.
*Associate*



<u>555 West Beech Street</u>
Suite 500
San Diego, CA 92101
O: (855) 955-5529
D: (619) 800-0529 ext. 109
F: (866) 365 - 4856
<u>Directions to Free Parking</u>
<u>www.PanakosLaw.com</u>

**CONFIDENTIALITY NOTICE:** This electronic message contains information from Panakos Law which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you are not the intended recipient, please contact the sender by reply email or call us at (619) 287-8072, and destroy all copies of the original message in accordance with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.

IRS Circular 230 Notice: IRS regulations require us to advise you that, unless otherwise specifically noted, any federal tax advice in this communication (including any attachments, enclosures, or other accompanying materials) was not intended or written to be used, by any taxpayer for the purpose of avoiding tax-related penalties imposed under the U.S. Internal Revenue Code or any other applicable state or local tax law provision; furthermore, this communication was not intended or written to support the promoting, marketing or recommending of any of the transactions or matters it addresses. Thank you.

On Jul 22, 2015, at 11:17 AM, Adam Miles <<u>amiles@panakoslaw.com</u>> wrote:

Dear Ms. Regina Moore,

My client received the attached DMCA notice from your company regarding its website at <u>girlsdoporn.com</u>. This notice asserts that your unidentified client holds copyright to the following content:

<u>http://tour.girlsdoporn.com/img/main-video.jpg</u>
<u>http://www.girlsdoporn.com/video/main-sample.mp4</u>

I was very surprised to learn of your claims as my client created this content and owns all rights thereto. In fact, I am frequently involved in sending out

DMCA notices to enforce these copyrights so actually receiving one represented an unusual turn of events. However, despite the novelty of the situation, the fact remains that your DMCA is false and in bad faith. A fraudulent DMCA, such as the attached notice, subjects the issuer to civil damages and legal fees. I would hope that someone holding themselves out as a "DMCA Defender" would be bit more careful when issuing a take down notice - especially considering that you have sworn "under penalty of perjury" to be representing the copyright holder. The glaring omission of the supposed owner of the copyright, as well as your failure to properly list a business address with suite number, all indicate that this wrongful behavior is willful and malicious. The Courts have been quite unforgiving to individuals who impersonate a copyright owner and send out false notices.

You are hereby put on notice that my client holds full legal rights to the identified content. As such, I demand that you immediately cease and desist issuing false DMCA notices and wrongfully impersonating the actual copyright holder. Any continued action will be dealt with accordingly and we will seek to hold you liable for all damages and incurred expenses..

Please also immediately identify the client who is making these wrongful claims so that I may reach out to them directly and discuss the implications of issuing an unlawful and fraudulent DMCA notice.

I have attempted to call you directly regarding this matter but every extension in your phone tree (including the sales office and customer service extensions) went directly to voicemail. I hope to hear back from you quickly with assurances that you will no longer be impinging upon my client's rights.

Sincerely,

Adam Miles, Esq.
*Associate*

<15-0721-DMCA_Defender_DMCA.pdf>

<PanakosLawEmail.png>

555 West Beech Street
Suite 500
San Diego, CA 92101
O: (855) 955-5529
D: (619) 800-0529 ext. 109
F: (866) 365 - 4856
Directions to Free Parking
www.PanakosLaw.com

CONFIDENTIALITY NOTICE: This electronic message contains information from Panakos Law which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you are not the intended recipient, please

contact the sender by reply email or call us at (619) 287-8072, and destroy all copies of the original message in accordance with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.

IRS Circular 230 Notice: IRS regulations require us to advise you that, unless otherwise specifically noted, any federal tax advice in this communication (including any attachments, enclosures, or other accompanying materials) was not intended or written to be used, by any taxpayer for the purpose of avoiding tax-related penalties imposed under the U.S. Internal Revenue Code or any other applicable state or local tax law provision; furthermore, this communication was not intended or written to support the promoting, marketing or recommending of any of the transactions or matters it addresses. Thank you.

# Exhibit 5

**From:** joe@pornhub.com
**Sent:** Thursday, September 17, 2015 11:30 AM
**To:** '(GirlsDoPorn) Jordan'
**Subject:** DMCA Notice for Premium Video

Posted on: 16 September 2015 05:39 PM
Hello,
This is our 3rd takedown submitted for the premiumpornhub video. May we know what the delay is with this particular video takedown? It usually does not take this long and your company is usually very responsive to takedown requests. Thanks for any info you may provide.

Regina Moore
http://DMCADefender.com

Posted on: 15 September 2015 02:27 PM
RE: COPYRIGHT INFRINGEMENT COMPLAINT
Contact Information:
DMCA Defender
1100 Walnut Street
Kansas City, MO 64106
888-341-5554

Department and / or Legal Support,
We are writing on behalf of our client. Note that this communication is in reference to a serious legal issue. You are the owner or hosting company to:

pornhubpremium.com

The website mentioned above is violating the copyrights of our client.
Our client is the copyright owner of the images being infringed:

http://www.pornhubpremium.com/view_video.php?viewkey=ph55ce4ced6fc2e

We are writing to inform you that our client owns the copyright to all images listed above. We are asking that all of the copyright protected images be removed from the sites listed above, as well as completely removed from their servers immediately. The images are private works created by our clients. No person or entity may copy, publish or distribute the work privately without the written authorization of our

distribute the work privately without the written authorization of our client. Our client chooses to exercise their right to keep their work private.

The following information is provided for the purpose of removing web content that allegedly infringes our copyright by the Law of Copyright in the Digital Millennium. We appreciate your application of the law of copyright and the support of our rights in this matter.

This is an official notification under the provisions of Section 512 (c) of the Act on Copyright in the Digital Millennium ("DMCA") to effect the removal of the violations reported. Please note that the law requires you, as a service provider, to "expeditiously remove or disable access to" the images upon receipt of this notification. Failure to comply may result in loss of immunity from liability under the DMCA.

We have a good faith belief that use of the material in the manner complained of herein is not authorized by our client, the owner of the copyright, or the law.

The information provided here is correct to the best of our knowledge. We swear under penalty of perjury that legally represent the official holder of the copyright.

Please send to the email address indicated below a quick response indicating the actions you have taken to resolve this matter. Thank you for your help!

Sincerely,
/ S / Regina Moore
Email: admin@DMCADefender.com
http://www.DMCADefender.com

# Exhibit 6

From: **Adam Miles** amiles@panakoslaw.com 
Subject: CEASE AND DESIST - SECOND FALSE DMCA NOTICE
Date: September 17, 2015 at 1:10 PM
To: admin@dmcadefender.com

Dear Ms. Regina Moore,

As you may recall, I previously contacted you on July 22, 2015, with a formal demand that you immediately cease and desist in issuing unlawful and fraudulent DMCA notices. Unfortunately, I have been notified that you apparently disregarded this demand and have continued to issue false claims relating to my client's copyright that have caused my client to incur mounting damages. Specifically, you recently submitted three DMCA notices to pornhub for a video featuring Vanessa Carello (see below). Be advised that your copyright claims (made under penalty of perjury) are fraudulent and make you liable for civil damages and legal fees.

Again, as we previously advised, my client holds all rights to any "girls do porn" branded content. This is glaringly obvious after only the most minimal of reviews; the video is clearly watermarked, professionally produced and your client is a participant rather than the individual creating the work. Ms. Carello, who received a <u>substantial</u> payment for her appearance, signed a release transferring all rights and claims to this content. Accordingly, there is absolutely no grounds for your claim of copyright and your notice runs afoul of Federal law.

Be strongly advised that any further fraudulent notices will result in immediate legal action. Your continued course of conduct is illegal, fraudulent and, in light of your repeated notices of my client's copyright, <u>willful and malicious</u>. Any further DMCA notices related to girlsdoporn content will be interpreted as an intentional attempt to damage my client by tortiously interfering both with prospective customers and the efficiency of its marketing campaign. I advise you to consult with legal counsel so as to fully understand the legal ramifications of any continued malicious conduct.

Sincerely,

Adam Miles, Esq.
*Associate*



[555 West Beech Street](#)
Suite 500
San Diego, CA 92101
O: (855) 955-5529
D: (619) 800-0529 ext. 109
F: (866) 365 - 4856
[Directions to Free Parking](#)
[www.PanakosLaw.com](#)

**CONFIDENTIALITY NOTICE:** This electronic message contains information from Panakos Law which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you are not the intended recipient, please contact the sender by reply email or call us at (619) 287-8072, and destroy all copies of the original message in accordance with Rico vs. Mitsubishi Motors Corp. (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758.

IRS Circular 230 Notice: IRS regulations require us to advise you that, unless otherwise specifically noted, any federal tax advice in this communication (including any attachments, enclosures, or other accompanying materials) was not intended or written to be used, by any taxpayer for the purpose of avoiding tax-related penalties imposed under the U.S. Internal Revenue Code or any other applicable state or local tax law provision; furthermore, this communication was not intended or written to support the promoting, marketing or recommending of any of the transactions or matters it addresses. Thank you.

======

Posted on: 15 September 2015 02:27 PM
RE: COPYRIGHT INFRINGEMENT COMPLAINT
Contact Information:
DMCA Defender
1100 Walnut Street
Kansas City, MO 64106
888-341-5554

Department and / or Legal Support,
We are writing on behalf of our client. Note that this communication is
in reference to a serious legal issue. You are the owner or hosting
company to:

pornhubpremium.com

The website mentioned above is violating the copyrights of our client.
Our client is the copyright owner of the images being infringed:

http://www.pornhubpremium.com/view_video.php?viewkey=ph55ce4ced6fc2e

We are writing to inform you that our client owns the copyright to all
images listed above. We are asking that all of the copyright protected
images be removed from the sites listed above, as well as completely
removed from their servers immediately. The images are private works
created by our clients. No person or entity may copy, publish or
distribute the work privately without the written authorization of our
client. Our client chooses to exercise their right to keep their work
private.

The following information is provided for the purpose of removing web
content that allegedly infringes our copyright by the Law of Copyright
in the Digital Millennium. We appreciate your application of the law of
copyright and the support of our rights in this matter.

This is an official notification under the provisions of Section 512
(c) of the Act on Copyright in the Digital Millennium ("DMCA") to effect
the removal of the violations reported. Please note that the law
requires you, as a service provider, to "expeditiously remove or disable
access to" the images upon receipt of this notification. Failure to
comply may result in loss of immunity from liability under the DMCA.

We have a good faith belief that use of the material in the manner
complained of herein is not authorized by our client, the owner of the
copyright, or the law.

The information provided here is correct to the best of our knowledge.
We swear under penalty of perjury that legally represent the official

holder of the copyright.

Please send to the email address indicated below a quick response indicating the actions you have taken to resolve this matter. Thank you for your help!

Sincerely,
/ S / Regina Moore
Email: admin@DMCADefender.com
http://www.DMCADefender.com