UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLL MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VANESSA CARELLO, <br><br> Defendant. | Case No.: 18cv2134-MMA (KSC) <br><br> **ORDER AND NOTICE FOR SHOW CAUSE HEARING** |

Please take notice that the above-entitled action has been placed on the calendar of the Honorable Michael M. Anello on **February 4, 2019 at 2:30 p.m.** in Courtroom 3D at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101 for dismissal for failure to serve pursuant to Federal Rule of Civil Procedure 4 and Civil Local Rule 4.1.  It has been more than 100 days since the Complaint was filed, and Plaintiff has failed to serve Defendant.  *See* Docket.  If Plaintiff wishes to file a response to this Order, it must do so no later than **January 28, 2019**.

**IT IS SO ORDERED**.

Dated:  December 26, 2018

*[signature]*

Hon. Michael M. Anello
United States District Judge