**PANAKOS LAW, APC**
Aaron D. Sadock (SBN 282131)
Email: asadock@panakoslaw.com
555 West Beech Street, Suite 500
San Diego, California 92101
Telephone:   (619) 800-0529

Attorneys for Plaintiff BLL MEDIA INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLL MEDIA INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Vanessa Carello, an individual, <br><br> Defendant | Case No. 18CV2134 MMA KSC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED DEFENDANT** <br><br> Action Filed: 09/13/2018 <br><br> Assigned to: Judge Michael M. Anello |

Plaintiff BLL Media Inc. hereby moves to dismiss the above entitled action without prejudice as to the named Defendant.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice as to the named Defendant.

Dated:  January 25, 2019          **PANAKOS LAW, APC**

By: /s/Aaron D. Sadock
Aaron D. Sadock
Attorneys for Plaintiff BLL MEDIA INC.